## JUSTIS and EGNOR *vs.* LINDSAY.

The writ of certiorari limited to *five* years after judgment.

CERTIORARI to Justice Robinson.

Judgment entered 13th March, 1830. *Scire facias* issued 24th August, 1835.

*The Court* said, that as to any exceptions which applied to the original judgment, the plaintiff in error was too late, according to the

decision in *King's administratrix* vs. *Hudson's administrator*, (ante p. 135.) This determined the case.

Certiorari dismissed.

*Gray*, for plaintiffs in error.
*W. H. Rogers*, for defendant.